| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | | **VOLUNTARY PETITION** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>ITR Concession Company Holdings LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>04-3840285 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>205 North Michigan Avenue, Suite 2510<br>Chicago, Illinois<br>ZIP CODE 60601 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): Northern Indiana<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.)<br>☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>-----<br>**Check all applicable boxes:**<br>☑ A plan is being filed with this petition.<br>☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors (on a consolidated basis)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

Estimated Assets (on a consolidated basis)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

Estimated Liabilities (on a consolidated basis)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): TTR Concession Company Holdings LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: See Attached Rider 1 | Case Number: | Date Filed: |
| District: Northern District of Illinois | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | ITR Concession Company Holdings LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Marc Kieselstein
Signature of Attorney for Debtor(s)
Marc Kieselstein, P.C.
Printed Name of Attorney for Debtor(s)
Kirkland & Ellis LLP, Kirkland & Ellis International LLP
Firm Name
300 North LaSalle
Chicago, Illinois 60654
Address
(312) 862-2000
Telephone Number
09/21/2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Fernando Redondo
Signature of Authorized Individual
Fernando Redondo
Printed Name of Authorized Individual
Chief Executive Officer
Title of Authorized Individual
09/21/2014
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Rider 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Northern District of Illinois for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of ITR Concession Company LLC.

1. ITR Concession Company LLC

2. ITR Concession Company Holdings LLC

3. Statewide Mobility Partners LLC

KE 28442857

# ACTION BY WRITTEN CONSENT OF
# THE SOLE MEMBER OF ITR CONCESSION COMPANY HOLDINGS LLC

September 19, 2014

Pursuant to Section 18-302(d) of the
Delaware Limited Liability Company Act

The undersigned, being the sole member (the "Sole Member") of ITR Concession Company Holdings LLC (the "Company"), a Delaware limited liability company, acting by written consent without a meeting pursuant to Section 18-302(d) of the Delaware Limited Liability Company Act, hereby consents to the adoption of the following resolutions.

**WHEREAS**, the Sole Member considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business;

**WHEREAS**, the Sole Member has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Sole Member, it is desirable and in the best interests of the Company, its creditors, and other parties in interest that the Company file or cause to be filed a voluntary petition for relief (the chapter 11 cases to be commenced by such voluntary petition, and the cases to be commenced by the voluntary petitions to be filed by certain of the Company's affiliates, collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**RESOLVED FURTHER**, that each of Fernando Redondo, Garrett Phipps, and any other officer of the Company (each, an "Authorized Officer" and, collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and hereby is, authorized, empowered, and directed to execute and file, or cause to be executed or filed, on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that such Authorized Officer deems necessary or proper to obtain such relief, including any action necessary to facilitate the administration of the Chapter 11 Cases;

KE 28891482

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized and directed to employ Kirkland & Ellis LLP to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and, in connection therewith, each Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP;

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized and directed to employ Moelis & Company LLC as investment banker and financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations and, in connection therewith, each Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Moelis & Company LLC;

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized and directed to employ Kurtzman Carson Consultants LLC as notice, claims, and balloting agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of Kurtzman Carson Consultants LLC;

**RESOLVED FURTHER**, that each Authorized Officer is authorized and directed to employ any other attorneys, investment bankers, accountants, restructuring professionals, experts, advisors, and other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, each Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of any other attorneys, investment bankers, accountants, restructuring professionals, experts, advisors, and other professionals as necessary, appropriate or desirable;

2

**RESOLVED FURTHER**, that each Authorized Officer and any employees, agents, attorneys, investment bankers, accountants, advisors, and other professionals designated by or directed by any such Authorized Officer, be, and each hereby is, authorized, empowered and directed to execute and file, or cause to be executed or filed, all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED FURTHER**, that the Sole Member has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice;

**RESOLVED FURTHER**, that, consistent with the foregoing resolutions, each Authorized Officer is hereby authorized, directed, and empowered, in such Authorized Officer's discretion, on behalf of and in the name of the Company, as applicable, to (a) prepare, execute, and deliver or cause to be prepared, executed, and delivered, and where necessary, appropriate or desirable, file, or cause to be filed with the appropriate governmental authorities, all other agreements, instruments, and documents, including all certificates, contracts, bonds, receipts, or other papers, (b) incur and pay or cause to be paid all fees, expenses, and taxes, including legal fees and expenses, (c) engage such persons as such Authorized Officer shall in his judgment determine to be necessary, appropriate, or desirable, and (d) do any and all other acts and things as such Authorized Officer deems necessary, appropriate, or desirable to carry out fully the intent and accomplish the purposes of the foregoing resolutions and each of the transactions contemplated thereby (and the doing of any such act or thing shall be conclusive evidence that the same is deemed necessary, appropriate, or desirable);

3

**RESOLVED FURTHER**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by the Sole Member; and

**RESOLVED FURTHER**, that each Authorized Officer is authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the foregoing resolutions.

*    *    *    *    *

KE 28891482

**IN WITNESS WHEREOF,** the undersigned, constituting the Sole Member has executed this Action by Written Consent as of the date indicated above.

**STATEWIDE MOBILITY PARTNERS LLC,**
as Sole Member of ITR Concession Company Holdings LLC

By: _____
Name: Fernando Redondo
Title: Authorized Signatory

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ITR CONCESSION COMPANY LLC, *et al.*,[1] | ) | Case No. 14-[_____] (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**CONSOLIDATED LIST OF CREDITORS
HOLDING THE TOP 30 LARGEST UNSECURED CLAIMS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately September 17, 2014. The Consolidated List is prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The Consolidated List does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (b) secured creditors. The information contained herein shall neither constitute an admission of liability by, nor bind, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: ITR Concession Company LLC (0293); ITR Concession Company Holdings LLC (0285); and Statewide Mobility Partners LLC (1312). The location of the Debtors' service address for the purposes of these chapter 11 cases is: c/o ITR Concession Company LLC, 205 North Michigan Avenue, Suite 2510, Chicago, Illinois 60601.

KE 32321084

| | Name of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 1. | Interstate Constructors Corp. | Attn: John Mackanin, P.E., President<br>39W866 Fabyan Pkwy.<br>Elburn, IL 60119<br>Tel: (630) 232-7280<br>Fax: (630) 232-7281 | Trade debt | | $816,304.58 |
| 2. | Brooks Construction Company, Inc. | Attn: Andy Brooks, President<br>6525 Ardmore Ave.<br>Fort Wayne, IN 46809<br>Tel: (260) 478-1990<br>Fax: (260) 747-7086<br>Email: info@brooks1st.com | Trade debt | | $396,290.53 |
| 3. | Kapsch TrafficCom IVHS Inc. | Attn: President, Officer or Managing Agent<br>54 South Commerce Way, Suite 100<br>Bethlehem, PA 18017<br>Tel.: (610) 419-1479<br>Fax: (610) 419-1489<br>E-mail: ktc.us-be.info@kapsch.net | Trade debt | | $194,311.28 |
| 4. | Walsh & Kelly, Inc. | Attn: President, Officer or Managing Agent<br>1700 E. Main St.<br>Griffith, IN 46319<br>Tel: (219) 924-5900<br>Fax: (219) 924-8768 | Trade debt | | $125,005.44 |
| 5. | Rieth-Riley Construction Co. | Attn: President, Officer or Managing Agent<br>7500 W 5th Ave.<br>Gary, IN 46406<br>Tel: (219) 977-0722<br>Fax: (219) 944-2472<br>Email: dforeman@rieth-riley.com | Trade debt | | $109,764.36 |
| 6. | Northern Indiana Construction Co. | Attn: President, Officer or Managing Agent<br>55803 Dogwood Rd.<br>Mishawaka, IN 46545<br>Tel: (574) 256-1811<br>Fax: (574) 256-1879 | Trade debt | | $77,333.75 |
| 7. | CH2M Hill Engineers, Inc. | Attn: President, Officer or Managing Agent<br>9127 South Jamaica Street<br>Englewood, CO 80112<br>Tel: (303) 771-0900<br>Fax: (720) 286-9250 | Trade debt | | $52,435.00 |
| 8. | Northern Indiana Public Service Co. | Attn: President, Officer or Managing Agent<br>801 E. 86th Ave.<br>Merrillville, IN 46410<br>Tel: (800) 464-7726<br>Fax: (219) 647-5589 | Utility service | | $32,926.26 |

KE 32321084

| | Name of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 9. | AON Risk Services, Inc. of Illinois | Attn: President, Officer or Managing Agent<br>200 East Randolph<br>Chicago, IL 60601<br>Tel: (312) 381-4000<br>Fax: (312) 381-0155: | Trade debt | | $25,000.00 |
| 10. | The Troyer Group, Inc. | Attn: LeRoy Troyer, President<br>55 Union St.<br>Mishawaka, IN 46544<br>Tel: (574) 259-9976<br>Fax: (574) 259-9982<br>Email: info@troyergroup.com | Trade debt | | $18,524.66 |
| 11. | CGI Technologies and Solutions, Inc. | Attn: President, Officer or Managing Agent<br>11325 Random Hill Road<br>Fairfax, VA 22030<br>Tel: (703) 267-8000<br>Fax: (703) 267-5111 | Trade debt | | $15,130.00 |
| 12. | H.W. Lochner, Inc. | Attn: Frank Powers<br>225 W. Washington St., 12th Fl.<br>Chicago, IL 60606<br>Tel: (312) 372-7346<br>Fax: (312) 372-8208<br>Email: pr@hwlochner.com | Trade debt | | $14,865.00 |
| 13. | CTE Engineers, Inc. | Attn: President, Officer or Managing Agent<br>303 E. Wacker Drive, Suite 600<br>Chicago, IL 60601-5276<br>Tel: (312) 938-0300<br>Fax: (312) 938-1109 | Trade debt | | $12,790.00 |
| 14. | Niblock Excavating | Attn: President, Officer or Managing Agent<br>906 Maple Street<br>Bristol, IN 46507<br>Tel: (574) 848-4437<br>Fax: (574) 848-4575 | Trade debt | | $12,642.03 |
| 15. | Zones Inc. | Attn: President, Officer or Managing Agent<br>1102 15th St SW, Suite 102<br>Auburn, WA 98001-6509<br>Tel: (253) 205-3000<br>Fax: (253) 205-2673<br>Email: customerservice@zones.com | Trade debt | | $12,245.78 |

KE 32321084

| | Name of Creditor | Complete mailing address, and employee, agents, or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 16. | Kabelin Ace Hardware | Attn: President, Officer or Managing Agent<br>512 Andrew Ave.<br>LaPorte, IN 46350<br>Tel: (219) 872-5431<br>Fax: (219) 872-4810<br>Email: kabelinhardware@kabelinacehardware.com | Trade debt | | $11,003.17 |
| 17. | Corporate Graphic Solutions | Attn: Vickie Radde, President<br>2750 Foundation Drive<br>South Bend, IN 46628<br>Tel: (574) 387-4585<br>Fax: (574) 387-4491<br>Email: info@c-g-s.com | Trade debt | | $10,308.11 |
| 18. | Indiana Michigan Power | Attn: President, Officer or Managing Agent<br>322 Dewalt Ave SW<br>Canton, OH 44702<br>Tel: (800) 311-4634<br>Fax: (260) 425-2318 | Utility service | | $9,224.74 |
| 19. | Michigan Rental, LLC | Attn: President, Officer or Managing Agent<br>2147 South 11th St.<br>Niles, MI 49120<br>Tel: (269) 262-4600<br>Fax: (269) 262-0669 | Trade debt | | $9,192.26 |
| 20. | PCM, Inc. | Attn: President, Officer or Managing Agent<br>1940 E. Mariposa Ave.<br>El Segundo, CA 90245<br>Tel: (800) 700-1000<br>Fax: (310) 222-6903<br>Email: customerservice@pcm.com | Trade debt | | $9,179.02 |
| 21. | Weller Truck Parts, LLC | Attn: President, Officer or Managing Agent<br>1500 Gezon Parkway SW<br>Grand Rapids, MI 49509<br>Tel: (616) 724-2000<br>Fax: (616) 724-3770 | Trade debt | | $8,560.00 |
| 22. | CDM Smith Inc. | Attn: President, Officer or Managing Agent<br>50 Hampshire Street<br>Cambridge, MA 02139<br>Tel: (617) 452-6000<br>Fax: (617) 452-8000<br>Email: webmaster@cdmsmith.com | Trade debt | | $6,802.00 |

KE 32321084

|  | **Name of Creditor** | **Complete mailing address, and employee, agents, or department familiar with claim** | **Nature of claim (trade debt, bank loan, government contracts, etc.)** | **Indicate if claim is contingent, unliquidated, disputed, or subject to set off** | **Amount of claim (if secured, also state value of security)** |
|---|---|---|---|---|---|
| 23. | Selking International | Attn: President, Officer or Managing Agent<br>2807 Goshen Road<br>Fort Wayne, IN 46808<br>Tel: (260) 482-3000<br>Fax: (260) 484-4034<br>Email: customerservice@selkinginternational.com | Trade debt |  | $5,323.12 |
| 24. | Wire Supplies Inc. | Attn: President, Officer or Managing Agent<br>5620 Elmwood Court<br>Indianapolis, IN 46203<br>Tel: (317) 786-4485<br>Fax: (317) 787-0706 | Trade debt |  | $5,311.50 |
| 25. | Bellman Oil Co., Inc. | Attn: President, Officer or Managing Agent<br>550 E. 2nd St.<br>Bremen, IN 46506<br>Tel: (574) 546-2342<br>Fax: (574) 546-2875<br>Email: sales@bellmanoil.com | Trade debt |  | $5,237.66 |
| 26. | Purity Cylinder Gases | Attn: President, Officer or Managing Agent<br>2580 – 28th ST SW<br>PO BOX 9390<br>Wyoming, MI 49509<br>Tel: (616) 532-2375<br>Fax: (616) 532-5626<br>Email: gr@puritygas.com | Utility service |  | $5,077.65 |
| 27. | Ronson Equipment Company | Attn: President, Officer or Managing Agent<br>18030 Wicker Blvd<br>Lowell, IN 46356<br>Tel: (219) 696-5680<br>Fax: (219) 696-5690 | Trade debt |  | $4,921.09 |
| 28. | URS Corporation | Attn: Sam Ramraj<br>600 Montgomery St.<br>26th Fl.<br>San Francisco, CA 94111-2728<br>Tel: (847) 545-7563<br>Fax: (415) 772-8290<br>Email: investor.relations@urs.com | Trade debt |  | $4,870.54 |
| 29. | Crichlow Products Co. | Attn: President, Officer or Managing Agent<br>2015 Madison Avenue<br>Indianapolis, IN 46225<br>Tel: (317) 791-1956<br>Fax: (317) 787-4199<br>Email: info@crichlowproducts.com | Trade debt |  | $4,404.21 |

KE 32321084

|  | **Name of Creditor** | **Complete mailing address, and employee, agents, or department familiar with claim** | **Nature of claim (trade debt, bank loan, government contracts, etc.)** | **Indicate if claim is contingent, unliquidated, disputed, or subject to set off** | **Amount of claim (if secured, also state value of security)** |
|---|---|---|---|---|---|
| 30. | E-ZPass Interagency Group | Attn: PJ Wilkins, Executive Director<br>119 Lower Beech St.<br>Ste. 200<br>Wilmington, DE 19805<br>Tel: (302) 577-1333<br>Fax: (302) 577-1329<br>Email: admin@e-zpassiag.com | Contractual obligation | Unliquidated |  |

# DECLARATION UNDER PENALTY
# OF PERJURY REGARDING CONSOLIDATED LIST OF CREDITORS

  Pursuant to 28 U.S.C. § 1746, I, Fernando Redondo, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding the 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated:  September 21, 2014     */s/ Fernando Redondo*
                Fernando Redondo
                Authorized Signatory

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re:<br><br>ITR CONCESSION COMPANY HOLDINGS LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No. 14-[_____] (___) |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| ITR Concession Company Holdings LLC | Statewide Mobility Partners LLC | 205 North Michigan Avenue Suite 2510 Chicago, Illinois 60601 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

     I, Fernando Redondo, the undersigned authorized signatory of ITR Concession Company Holdings LLC, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated:  September 21, 2014               */s/ Fernando Redondo*
                                                      Fernando Redondo
                                                      Chief Executive Officer

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

KE 28442857

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ITR CONCESSION COMPANY HOLDINGS LLC, | ) Case No. 14-[_____] (___) |
| Debtor. | ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10 percent or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Statewide Mobility Partners LLC | 100% |

**DECLARATION UNDER PENALTY OF PERJURY**

I, Fernando Redondo, the undersigned authorized signatory of ITR Concession Company Holdings LLC, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated:  September 21, 2014         */s/ Fernando Redondo*
                                    Fernando Redondo
                                    Chief Executive Officer

KE 28442857